IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRANK THOMAS,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   CIVIL NO. 16-cv-00897-JPG |
| | ) |
| **REICHERT,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on Plaintiff Frank Thomas's Complaint filed August 9, 2016 (Doc. 1). On September 1, 2016, this Court dismissed Thomas's Complaint for failure to state a claim and provided him with leave to amend by October 7, 2016 (Doc. 6). The September 1st Order cautioned that a failure to file an Amended Complaint would result in dismissal of the action with prejudice (*Id.*). To date, the Court has not received an amended complaint. In light of the insufficiency of Thomas's initial filings, and his failure to comply with the Court's order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is **DISMISSED**. **Dismissal is with prejudice**, and shall count as a **strike** for purposes of 28 U.S.C. § 1915(g). The Clerk of the Court is DIRECTED to enter Judgment in favor of the Defendants and against Plaintiff Thomas.

**DATED**:  October 25, 2016

*s/ J. Phil Gilbert*
United States District Judge